UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00048

**Ronesha D. Skinner,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On January 31, 2020, plaintiff filed this civil action pursuant to 42 U.S.C. § 205(g), for judicial review of the Commissioner's denial of plaintiff's application for social security benefits. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3. On February 3, 2020, the court issued a sealed show cause order directing plaintiff to respond within 7 days and warning that "[f]ailure to timely respond may result in dismissal of this action." Doc. 4. Plaintiff's counsel was emailed that order on February 4, 2020, but plaintiff never filed any response.

On February 12, 2020, Judge Love issued a report, recommending dismissal of plaintiff's complaint for failure to comply with a court order and failure to prosecute. Doc. 5. Plaintiff's counsel was served with the report via the court's CM/ECF electronic filing system. Plaintiff failed to file objections within 14 days of receiving the report.

Having reviewed the report, the court is satisfied that it contains no clear error and therefore **adopts** it as the opinion of the court. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Plaintiff's complaint is **dismissed without prejudice** for failure to comply with an order of the court and failure to prosecute. All pending motions are **denied** as moot. The clerk of court is **directed** to close the case.

*So ordered by the court on February 28, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge